IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LORUSSO,

    Petitioner,

v.                                      Case No. 1:26-cv-14-AW-MAF

SECRETARY, FLORIDA
DEPARTMENT OF CHILDREN
AND FAMILIES,

    Respondent.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Michael Lorusso has filed numerous § 2241 petitions here and in other courts. This one was filed in the Middle District, which transferred it here. I have considered the magistrate judge's report and recommendation, which concludes the court should dismiss the case as duplicative. ECF No. 9. I have also considered de novo the issues raised in Lorusso's objections, which included references to ICE, Secretary Kristi Noem, and "the shooting of two American citizens." ECF No. 11.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice as duplicative." A certificate of appealability is denied. The clerk will close the file.

1

SO ORDERED on February 6, 2026.

                                            s/ *Allen Winsor*  
                                            Chief United States District Judge